UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | No. 4:04-CR-32 |
| v. ) | |
| ) | Chief Judge Curtis L. Collier |
| ) | |
| PATTI LYNN MOORE, also known as ) | |
| "Patti Farrar" ) | |

**ORDER**

Before the Court are two Motions to Continue Reporting Date (Court File Nos. 44, 45) filed by Defendant Patti Lynn Moore ("Defendant"). In support of her first motion, Defendant attached the latest medical report from her treating physician, Mark G. Mainwaring, M.D., from the Tennessee Oncology Group in Murfreesboro, Tennessee. Although Dr. Mainwaring acknowledges Defendant has completed her chemotherapy for breast cancer, he expresses concern about her being incarcerated since she has a high risk of reoccurrence. In support of Defendant's second motion, she attached a lab report confirming she has a staph infection and argues her reporting date should be continued due to the contagious nature of the disease.

While the Court is sympathetic towards Defendant's physical condition, the Court has not been presented with sufficient reasons to continue the reporting date. The Court is confident if Defendant experiences any illnesses while incarcerated she will receive sufficient and adequate medical care from the Bureau of Prisons. Therefore, the Court **DENIES** Defendant's Motions to Continue Reporting Date (Court File Nos. 44, 45) and **ORDERS** Defendant to report on October 10, 2006 to commence serving her sentence.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER
CHIEF UNITED STATES DISTRICT JUDGE**